IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: Teresa Lynn Mclemore

CASE NO: 18-53173

CHAPTER 13

JUDGE: CHARLES M. CALDWELL

---

## NOTICE OF INTENTION TO PAY CLAIMS

---

NOTICE is hereby given of the intention of the Chapter 13 Trustee, Faye D. English, to pay the claims of creditors named and in the amounts set forth below, pursuant to 11 U.S.C. 502(a). Unless a party in interest files an objection to the creditor's proof of claim pursuant to L.B.R. 3007-1 within twenty-one (21) days of the date of this NOTICE, disbursements on said claims shall be paid as set forth below .

| TRUSTEE PAYEE # | NAME AND ADDRESS OF CREDITOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00003 | AT&T<br>PO BOX 8100<br>AURORA, IL  60507-8100 | Not filed | 1.00% | 0.00 % | UNSECURED |
| 00019 | CAPITAL ONE<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA  19355-0701 | 765.45 | 1.00% | 0.00 % | UNSECURED |
| 00001 | CAPITAL ONE AUTO FINANCE<br>C/O AIS PORTFOLIO SERVICES LP<br>PO BOX 4360<br>HOUSTON, TX  77210 | 8,000.00 | 100.00% | 5.00 % | SECURED-506 |
| 10001 | CAPITAL ONE AUTO FINANCE<br>C/O AIS PORTFOLIO SERVICES LP<br>PO BOX 4360<br>HOUSTON, TX  77210 | 3,427.41 | 1.00% | 0.00 % | UNSECURED |
| 00004 | Capital One, N.A.<br>PO Box 30281<br>Salt Lake City, UT  84130 | Not filed | 1.00% | 0.00 % | UNSECURED |
| 00006 | Central Ohio Surgical Assoc.<br>6075 E. Broad St.<br>Columbus, OH  43213 | Not filed | 1.00% | 0.00 % | UNSECURED |

CASE NO. 18-53173    Teresa Lynn Mclemore

| TRUSTEE PAYEE # | NAME AND ADDRESS OF CREDITOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00007 | Charter Communications<br>PO box 3019<br>Milwaukee, WI  53201 | Not filed | 1.00% | 0.00 % | UNSECURED |
| 00008 | Columbus Divison of Fire<br>POB 78000 Dept 781182<br>,    48278 | Not filed | 1.00% | 0.00 % | UNSECURED |
| 00009 | Columbus Obstetricians - Gynecologists<br>750 Mount Carmel Mall Suite 110<br>Columbus, OH  43222 | Not filed | 1.00% | 0.00 % | UNSECURED |
| 00010 | Columbus Radiology Corp<br>PO Box 7169<br>Columbus, OH  43205 | Not filed | 1.00% | 0.00 % | UNSECURED |
| 00011 | Columbus Womens Care<br>85 Mcnaughten Road, Suite 310<br>Columbus, OH  43213 | Not filed | 1.00% | 0.00 % | UNSECURED |
| 00013 | Department Stores National Bank<br>701 East 60th Street<br>Sioux Falls, SD  57104 | Not filed | 1.00% | 0.00 % | UNSECURED |
| 00020 | DEPARTMENT STORES NATIONAL BANK<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 657<br>KIRKLAND, WA  98083 | 644.49 | 1.00% | 0.00 % | UNSECURED |
| 00014 | Diley Ridge Medical Group<br>Attn # 18811C<br>PO Box 14000<br>Belfast, ME  04915 | Not filed | 1.00% | 0.00 % | UNSECURED |
| 00015 | Doctors Anesthesia Service<br>PO Box 713749<br>Cincinnati, OH  45271 | Not filed | 1.00% | 0.00 % | UNSECURED |
| 00016 | Eastside Foot & Ankle Center<br>6002 East Main Street<br>Columbus, OH  43213 | Not filed | 1.00% | 0.00 % | UNSECURED |

CASE NO. 18-53173    Teresa Lynn Mclemore

| TRUSTEE PAYEE # | NAME AND ADDRESS OF CREDITOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00017 | Erkis and Hickman LTD<br>1418 Brice Rd #105<br>Reynoldsburg, OH  43068 | Not filed | 1.00% | 0.00 % | UNSECURED |
| 00018 | Grant Medical Center<br>111 S. Grant Avenue<br>Columbus, OH  43215 | Not filed | 1.00% | 0.00 % | UNSECURED |
| 00021 | Mid Ohio Emergency Services<br>3535 Olentangy River Road<br>Columbus, OH  43214 | Not filed | 1.00% | 0.00 % | UNSECURED |
| 00005 | MIDLAND FUNDING LLC<br>C/O MIDLAND CREDIT MANAGEMENT INC<br>PO BOX 2011<br>WARREN, MI  48090 | 782.31 | 1.00% | 0.00 % | UNSECURED |
| 00012 | MIDLAND FUNDING LLC<br>C/O MIDLAND CREDIT MANAGEMENT INC<br>PO BOX 2011<br>WARREN, MI  48090 | 1,032.69 | 1.00% | 0.00 % | UNSECURED |
| 00022 | Mount Carmel<br>5955 E Broad St<br>Columbus, OH  43213-1559 | Not filed | 1.00% | 0.00 % | UNSECURED |
| 00023 | Ohio Dental Family Center<br>3476 South High Street<br>Columbus, OH  43207 | Not filed | 1.00% | 0.00 % | UNSECURED |
| 00024 | Ohio Gastroenterology Group, Inc.<br>3400 Olentangy River Road<br>Columbus, OH  43202 | Not filed | 1.00% | 0.00 % | UNSECURED |
| 00025 | OHIOHEALTH<br>5350 FRANTZ ROAD<br>DUBLIN, OH  43016 | Not filed | 1.00% | 0.00 % | UNSECURED |
| 00026 | OrthoNeuro<br>70 South Cleveland Ave., Suite A<br>Westerville, OH  43081 | Not filed | 1.00% | 0.00 % | UNSECURED |

CASE NO. 18-53173    Teresa Lynn Mclemore

| TRUSTEE PAYEE # | NAME AND ADDRESS OF CREDITOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00034 | PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 12914<br>NORFOLK, VA  23541 | 585.91 | 1.00% | 0.00 % | UNSECURED |
| 00037 | PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 12914<br>NORFOLK, VA  23541 | 1,171.36 | 1.00% | 0.00 % | UNSECURED |
| 00002 | PROGRESSIVE FINANCE<br>256 WEST DATA DRIVE<br>DRAPER, UT  84020 | 200.00 | 100.00% | 5.00 % | SECURED-506 |
| 10002 | PROGRESSIVE FINANCE<br>256 WEST DATA DRIVE<br>DRAPER, UT  84020 | 884.52 | 1.00% | 0.00 % | UNSECURED |
| 00027 | Progressive Insurance<br>PO Box 3068<br>Bloomington, IL  61702 | Not filed | 1.00% | 0.00 % | UNSECURED |
| 00028 | ProScan Pickerington<br>PO Box 630056<br>Cincinnati, OH  45263 | Not filed | 1.00% | 0.00 % | UNSECURED |
| 00038 | QUANTUM3 GROUP LLC<br>AS AGENT FOR ACE CASH EXPRESS INC<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | 341.93 | 1.00% | 0.00 % | UNSECURED |
| 00029 | Radiology Inc.<br>Department L-647<br>Columbus, OH  43260 | Not filed | 1.00% | 0.00 % | UNSECURED |
| 00030 | Radiology Incorporated<br>10567 Sawmill Parkway, Suite 100<br>Powell, OH  43065-6671 | Not filed | 1.00% | 0.00 % | UNSECURED |
| 00031 | Riverside Radiology & Interventional Ass<br>PO Box 182268<br>Columbus, OH  43218 | Not filed | 1.00% | 0.00 % | UNSECURED |

CASE NO. 18-53173   Teresa Lynn Mclemore

| TRUSTEE PAYEE # | NAME AND ADDRESS OF CREDITOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00032 | South Central Power Company<br>PO Box 163279<br>Columbus, OH 43216-3279 | Not filed | 1.00% | 0.00 % | UNSECURED |
| 00033 | SPRINT CORP<br>ATTN: BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK, KS 66207-0949 | 2,089.19 | 1.00% | 0.00 % | UNSECURED |
| 00035 | The Ohio State University Hospital<br>PO Box 643684<br>Pittsburgh, PA 15264 | Not filed | 1.00% | 0.00 % | UNSECURED |
| 00036 | Time Warner Cable<br>P.O. Box 0916<br>Carol Stream, IL 60132-0916 | Not filed | 1.00% | 0.00 % | UNSECURED |
| | TOTAL | 19,925.26 | | | |
| 00000 | MARK ALBERT HERDER ESQ<br>1031 E BROAD ST<br>COLUMBUS, OH 43205 | 3,500.00 | 100.00% | 0.00 % | ATTORNEY FEE |

Dated: 1/25/2019

/s/Faye D. English

Faye D. English
Chapter 13 Trustee
One Columbus
10 West Broad St., Suite 900
Columbus, OH 43215-3449
Telephone: 614-420-2555
Facsimile: 614-420-2550

| CERTIFICATE OF SERVICE |
| --- |

I hereby certify that a copy of the foregoing  Notice Of Intention To Pay Claims was served (i) **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by **ordinary U.S. Mail** on 1/25/2019 addressed to:

        Teresa Lynn Mclemore
        3623 Riverdale Square
        Columbus, Oh 43232-4069

                      /s/ Faye D. English
                      Faye D. English (0075557), Chapter 13 Trustee